ERIC GRANT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-CR-00126-KES-BAM |
| Plaintiff, | JOINT STATUS REPORT; STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | |
| ANTONIO RODRIGUEZ RUIZ, | DATE: August 27, 2025<br>TIME: 1:00 PM |
| Defendant. | COURT: Hon. Barbara A. McAuliffe |

## JOINT STATUS REPORT

Defendant Antonio Rodriguez Ruiz ("Defendant") and the United States of America ("United States") stipulate and request that the Status Conference currently scheduled for August 27, 2025 be continued to November 12, 2025.

After making his initial appearance on the indictment, Defendant was ordered detained. [ECF #4, 6]. The United States has provided initial discovery to defense counsel.

Defense counsel requires time to review discovery and consult with his client. Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based on the above, the parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date

prescribed by the Speedy Trial Act, and the parties agree that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period August 27, 2025, to November 12, 2025, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

## STIPULATION

The United States of America, by and through undersigned counsel, and Defendant, by and through undersigned counsel, hereby stipulate as follows:

1. The Status Conference currently scheduled on August 27, 2025, at 1:00 p.m., may be continued to November 12, 2025, at 1:00 p.m.
2. Time may be excluded pursuant to the Speedy Trial Act from August 27, 2025, to November 12, 2025, inclusive.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: August 20, 2025     */s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff


Date: August 20, 2025     */s/ David Torres.*
DAVID TORRES
Attorney for Defendant
ANTONIO RODRIGUEZ RUIZ

2

**ORDER**

IT IS SO ORDERED that the status conference is continued from August 27, 2025, to **November 12, 2025 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **August 20, 2025**                    /s/ Barbara A. McAuliffe
                                                UNITED STATES MAGISTRATE JUDGE