**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
David A. Torres, SBN 135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
ANTONIO RODRIGUEZ-RUIZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:25-CR-00126-KES-BAM |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO VACATE STATUS CONFERENCE AND SET THE CHANGE OF PLEA HEARING** |
| vs. | |
| ANTONIO RODRIGUEZ-RUIZ, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA A. MCAULIFFE, AND CHAN HEE CHU, ASSISTANT UNITED STATES ATTORNEY:

  **COMES NOW** Defendant, ANTONIO RODRIGUEZ-RUIZ, by and through his attorney of record, DAVID A. TORRES, hereby requesting that the status conference date currently set for November 12, 2025, at 1:00p.m. (See ECF Doc. 13) be vacated, and the change of plea hearing be set for Monday, November 3, 2025, at 9:30 a.m. before Judge Kirk E. Sherriff.

  Counsel has had the opportunity to discuss this matter with AUSA Chan Hee Chu, both parties have agreed to requesting that the status conference date be vacated, and the Change of Plea date be set. Both parties have reached a disposition on the matter. The parties will endeavor to file the defendant's actual signatures prior to the change of plea hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: October 27, 2025         */s/ David A. Torres*
                                DAVID A. TORRES
                                Attorney for Defendant
                                ANTONIO RODRIGUEZ-RUIZ


DATED: October 27, 2025         */s/Chan Hee Chu*
                                CHAN HEE CHU
                                Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED that the status conference set for November 12, 2025, is vacated. A change of plea hearing is set for **November 3, 2025, at 9:30 a.m. in Courtroom 6 before District Court Judge Kirk E. Sherriff**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: __October 27, 2025__         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE